## Case No. 5,372.

### Ex parte GETTLESON.

[The case reported under above title in 1 Gaz. 132, is the same as Case No. 5,373.]